UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

TREY G. WILSON,

           Plaintiff,

vs.

DONALD BOWDEN; RICK PALUMBO; RICHARD ROSE; 2001/2002 CANAJOHARIE SCHOOL BOARD; CANAJOHARIE POLICE DEPARTMENT;

           Defendants.

Civil Case Number 03-CV-0397
(DNH/GJD)

## PARTIAL STIPULATION OF DISCONTINUANCE

*It is hereby stipulated and agreed,* by and between the undersigned, who are attorneys of record for all parties, that whereas no party is an infant or incompetent person for whom a committee has been appointed, and no person not as party has an interest in the subject matter of the action:

All claims brought against CANAJOHARIE POLICE DEPARTMENT and THE VILLAGE OF CANAJOHARIE and Their employees Individually and in Their Official Capacities contained in the Complaint filed on March 21, 2003 and any and all claims cross-claims or counter-claims stemming from any arrest or detention of plaintiff Trey G. Wilson, up through and including December 31, 2003 are DISCONTINUED WITH PREJUDICE.

1

This stipulation may be filed without further notice with the Clerk of the Court.

DATED:   June 17, 2005          DATED:   June 16, 2005

GIRVIN & FERLAZZO, P.C.          PETRONE & PETRONE, P.C.

_____    _____
Gregg T. Johnson                 Gabrielle Mardany Hope
Bar Roll No.: 506443             Bar Roll No.: 510619
Attorneys for Canajoharie School Attorneys for Canajoharie Police Dept.
    District, Board of Education 1624 Genesee Street
    Rick Palumbo, Donald Bowden  Utica, New York 13502
    Richard Rose                 Tel:   (315) 735-7566
20 Corporate Woods Blvd.         Fax:   (315) 735-5368
Albany, New York
Tel:   (518) 462-0300
Fax:   (518) 462-5037
DATED:   June 22, 2005

NAPIERSKI, VANDENBURGH & NAPIERSKI, LLP

_____
Shawn F. Brousseau
Bar Roll No.: 509138
Attorney for Plaintiff Trey G. Wilson
296 Washington Ave. Ext.
Albany, New York 12203
Tel:   (518) 862-9292
Fax:   (518) 862-1519

SO ORDERED:   July 19, 2005

_____
Hon. Gustave J. DiBianco

2